# United States District Court
# Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2 (Chicago)
# CIVIL DOCKET FOR CASE #: 1:18–cv–07418

Roots Rock Rage LLC, et al v. Electric Forest LLC et al
Assigned to: Honorable Rebecca R. Pallmeyer
Demand: $75,000
 Case in other court:  Circuit Court of Cook County, 18L10829
Cause: 28:1332 Diversity–Personal Injury

Date Filed: 11/08/2018
Date Terminated: 02/15/2019
Jury Demand: Both
Nature of Suit: 360 P.I.: Other
Jurisdiction: Diversity

## Plaintiff

**Roots Rock Rage, LLC**
*a Michigan limited liability company*
*also known as*
Sloth Steady

represented by **Richard Keith Hellerman**
The Law Office of Richard K. Hellerman, P.C.
222 South Riverside Plaza
Suite 2100
Chicago, IL 60606
(312) 775–3646
Email: rkhellerman@hellermanlaw.com
*ATTORNEY TO BE NOTICED*

## Plaintiff

**Nathan Russell**

represented by **Richard Keith Hellerman**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

## Defendant

**Electric Forest LLC**
*a Delaware limited liability company*

represented by **Floyd A. Mandell**
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661
(312) 902–5200
Email: Floyd.Mandell@kattenlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Julia L. Mazur**
Katten Muchin Rosenman Llp
525 West Monroe Street
Chicago, IL 60661
(312) 902–5280
Email: julia.mazur@kattenlaw.com
*ATTORNEY TO BE NOTICED*

## Defendant

**Madison House Presents LLC**
*a Delaware limited liability company*

represented by **Floyd A. Mandell**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Julia L. Mazur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Insomniac Holdings LLC**                                  represented by    **Floyd A. Mandell**
*a Delaware liimited liability company*                                                 (See above for address)
                                                                                                    *LEAD ATTORNEY*
                                                                                                    *ATTORNEY TO BE NOTICED*

                                                                                                    **Julia L. Mazur**
                                                                                                    (See above for address)
                                                                                                    *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/08/2018 | Ï 1 | NOTICE of Removal from Cook County Illinois, case number (2018 L 10829) filed by Electric Forest LLC, Insomniac Holdings LLC, Madison House Presents LLC Filing fee $ 400, receipt number 0752−15161249. (Attachments: # 1 Exhibit Summons and Complaint for Electric Forest LLC, # 2 Exhibit Summons and Complaint for Madison House Presents LLC, # 3 Exhibit Summons and Complaint for Insomniac Holdings LLC, # 4 Exhibit Notice of Filing of Defendants' Notice of Removal, # 5 Declaration Ian Humphrey, # 6 Declaration Shawn Trell)(Mandell, Floyd) (Entered: 11/08/2018) |
| 11/08/2018 | Ï 2 | CIVIL Cover Sheet (Mandell, Floyd) (Entered: 11/08/2018) |
| 11/08/2018 | Ï 3 | ATTORNEY Appearance for Defendants Electric Forest LLC, Insomniac Holdings LLC, Madison House Presents LLC by Floyd A. Mandell (Mandell, Floyd) (Entered: 11/08/2018) |
| 11/08/2018 | Ï 4 | ATTORNEY Appearance for Defendants Electric Forest LLC, Insomniac Holdings LLC, Madison House Presents LLC by Julia L. Mazur (Mazur, Julia) (Entered: 11/08/2018) |
| 11/08/2018 | Ï | CASE ASSIGNED to the Honorable Rebecca R. Pallmeyer. Designated as Magistrate Judge the Honorable Mary M. Rowland. Case assignment: Random assignment. (acm) (Entered: 11/08/2018) |
| 11/09/2018 | Ï 5 | MAILED Notice of Removal letter to counsel of record. (ek, ) (Entered: 11/09/2018) |
| 11/12/2018 | Ï 6 | MOTION by Defendants Electric Forest LLC, Insomniac Holdings LLC, Madison House Presents LLC for extension of time *(Defendant's Motion for Agreed Extension of Deadlines to Respond to Complaint)* (Mandell, Floyd) (Entered: 11/12/2018) |
| 11/12/2018 | Ï 7 | NOTICE of Motion by Floyd A. Mandell for presentment of extension of time 6 before Honorable Rebecca R. Pallmeyer on 11/15/2018 at 08:45 AM. (Mandell, Floyd) (Entered: 11/12/2018) |
| 11/13/2018 | Ï 8 | MINUTE entry before the Honorable Rebecca R. Pallmeyer: Defendants' motion for agreed extension of deadlines to respond to complaint 6 is granted to and including 12/17/2018, without an appearance. The parties are directed to appear through lead counsel for a pretrial conference pursuant to FED. R. CIV. P. 16. on 1/10/2018 at 9:00 AM. Counsel are requested promptly to meet face−to−face for a discussion of possible settlement and for preparation of a planning report. The form is accessible from the court's Internet site, www.ilnd.uscourts.gov. Such report shall be submitted to Judge Pallmeyer in chambers no later than two business days prior to the conference. Mailed notice. (etv, ) (Entered: 11/13/2018) |

| 11/14/2018 | ⚏ 9 | MINUTE entry before the Honorable Rebecca R. Pallmeyer: Minute entry of 11/13/2018 is amended as follows: Rule 16 conference is set for 1/10/2019 at 9:00 AM. Remainder of order to stand. Mailed notice. (etv, ) (Entered: 11/14/2018) |
| --- | --- | --- |
| 12/17/2018 | ⚏ 10 | MOTION by Defendants Madison House Presents LLC, Electric Forest LLC, Insomniac Holdings LLC to dismiss *for Improper Venue per Rule 12(b)(3)* (Mandell, Floyd) (Entered: 12/17/2018) |
| 12/17/2018 | ⚏ 11 | MEMORANDUM by Electric Forest LLC, Insomniac Holdings LLC, Madison House Presents LLC in support of motion to dismiss 10 (Attachments: # 1 Exhibit A: Sponsorship Agreement for 2016–18, # 2 Exhibit B: Sponsorship Agreement for 2014, # 3 Exhibit C: Sponsorship Agreement for 2015, # 4 Exhibit D: Amendment 1 to Sponsorship Agreement, # 5 Exhibit E: Amendment 2 to Sponsorship Agreement, # 6 Exhibit F: Complaint)(Mandell, Floyd) (Entered: 12/17/2018) |
| 12/17/2018 | ⚏ 12 | NOTICE of Motion by Floyd A. Mandell for presentment of motion to dismiss 10 before Honorable Rebecca R. Pallmeyer on 12/19/2018 at 08:45 AM. (Mandell, Floyd) (Entered: 12/17/2018) |
| 12/17/2018 | ⚏ 13 | DECLARATION of Chad Cheek regarding motion to dismiss 10 (Mandell, Floyd) (Entered: 12/17/2018) |
| 12/17/2018 | ⚏ 14 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Electric Forest LLC, Insomniac Holdings LLC, Madison House Presents LLC (Mandell, Floyd) (Entered: 12/17/2018) |
| 12/19/2018 | ⚏ 15 | ATTORNEY Appearance for Plaintiffs Roots Rock Rage, LLC, Nathan Russell by Richard Keith Hellerman (Hellerman, Richard) (Entered: 12/19/2018) |
| 12/19/2018 | ⚏ 16 | MINUTE entry before the Honorable Rebecca R. Pallmeyer: Motion hearing held on 12/19/2018. Defendants' Rule 12(b)(3) motion to dismiss for improper venue 10 is entered and continued for briefing. Response to be filed by or on 1/18/2019; reply to be filed by or on 2/1/2019; ruling set for 2/15/2019 at 10:00 AM. Rule 16 conference set for 1/10/2019 is stricken. Mailed notice. (etv, ) (Entered: 12/19/2018) |
| 01/18/2019 | ⚏ 17 | RESPONSE by Roots Rock Rage, LLC, Nathan Russellin Opposition to MOTION by Defendants Madison House Presents LLC, Electric Forest LLC, Insomniac Holdings LLC to dismiss *for Improper Venue per Rule 12(b)(3)* 10 (Hellerman, Richard) (Entered: 01/18/2019) |
| 02/01/2019 | ⚏ 18 | REPLY by Defendants Electric Forest LLC, Insomniac Holdings LLC, Madison House Presents LLC to motion to dismiss 10 *(Defendants' Reply in Support of their Rule 12(b)(3) Motion to Dismiss for Improper Venue)* (Mandell, Floyd) (Entered: 02/01/2019) |
| 02/01/2019 | ⚏ 19 | DECLARATION of Darcy Rae Johnson regarding reply 18 *(Declaration in support of Defendants Reply)* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Mandell, Floyd) (Entered: 02/01/2019) |
| 02/15/2019 | ⚏ 20 | ORDER: Ruling held on 2/15/2019. As the parties' dispute is "related to" the terms of their exclusivity agreement, the forum selection clause is enforceable. Defendants' Rule 12(b)(3) motion to dismiss for improper venue 10 is granted. Case is ordered transferred to the United States District Court for the Central District of California. Signed by the Honorable Rebecca R. Pallmeyer on 2/15/2019. Mailed notice. (ek, ) Modified on 2/20/2019 (pk, ). (Entered: 02/19/2019) |
| 02/15/2019 | ⚏ 21 | ENTERED IN ERROR. (ek, ) (Entered: 02/19/2019) |
| 02/20/2019 | ⚏ 22 | ORDER : Judgment having been entered in error, the Clerk's Office is directed to remove document #21 from the CM/ECF filing. Signed by the Honorable Rebecca R. Pallmeyer on 2/20/2019. Mailed notice. (ek, ) (Entered: 02/21/2019) |
| 03/01/2019 | ⚏ 23 | TRANSFERRED to the United States District Court for the Central District of California, the electronic record. (ek, ) (Entered: 03/01/2019) |