Edwin F. McPherson – State Bar No. 106084
  emcpherson@mcphersonrane.com
**McPHERSON RANE LLP**
1801 Century Park East
24th Floor
Los Angeles, CA 90067
Tel: (310) 553-8833
Fax: (310) 553-9233

Richard K. Hellerman – Pro Hac Vice
  rkhellerman@hellermanlaw.com
**THE LAW OFFICE OF RICHARD K. HELLERMAN, P.C.**
222 South Riverside Plaza
Suite 2100
Chicago, IL 60606
Tel: (312) 775-3646
Fax: (312) 648-1212

Attorneys for Plaintiffs ROOTS ROCK RAGE, LLC a/k/a SLOTH STEADY and NATHAN RUSSELL

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROOTS ROCK RAGE, LLC, a Michigan limited liability company also known as Sloth Steady; NATHAN RUSSELL, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>ELECTRIC FOREST, LLC; a Delaware limited liability company; MADISON HOUSE PRESENTS LLC, a Delaware limited liability company; INSOMNIAC HOLDINGS LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 2:19-cv-01535-PA-GJSx<br><br>**DECLARATION OF NATHAN RUSSELL** |

I, NATHAN RUSSELL declare as follows:

1. I am one of the Plaintiffs in the captioned action. I have personal knowledge of the facts set forth herein and, if called upon to testify thereto, could and would competently do so.

2. As of the date the Complaint in this matter was filed in the Circuit Court of Cook County, Illinois, October 5, 2018, I was domiciled in, and was thus a citizen of, the State of Illinois.

3. As of the date the Complaint in this matter was filed in the Circuit Court of Cook County, Illinois, October 5, 2018, I was the sole member of plaintiff Roots Rock Rage, LLC.

4. Furthermore, as of the date defendants filed their Notice of Removal of this action to the U.S. District Court for the Northern District of Illinois, November 8, 2018, I was still domiciled in, and was thus a citizen of, the State of Illinois.

5. Finally, as of the date defendants filed their Notice of Removal of this action to the U.S. District Court for the Northern District of Illinois, November 8, 2018, I was still the sole member of plaintiff Roots Rock Rage, LLC.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this  15  day of March, 2019 at  733 Cleveland, Lansing MI 48906

_____
NATHAN RUSSELL

DECLARATION OF NATHAN RUSSELL