Edwin F. McPherson – State Bar No. 106084
  emcpherson@mcpherson-llp.com
Pierre B. Pine – State Bar No. 211299
  ppine@mcphersone-llp.com
**McPHERSON LLP**
1801 Century Park East
24th Floor
Los Angeles, CA 90067
Tel: (310) 553-8833
Fax: (310) 553-9233

Richard K. Hellerman – Pro Hac Vice
  rkhellerman@hellermanlaw.com
**THE LAW OFFICE OF RICHARD K. HELLERMAN, P.C.**
222 South Riverside Plaza
Suite 2100
Chicago, IL 60606
Tel: (312) 775-3646
Fax: (312) 648-1212

Attorneys for Plaintiffs ROOTS ROCK RAGE, LLC a/k/a SLOTH STEADY and NATHAN RUSSELL

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROOTS ROCK RAGE, LLC, a Michigan limited liability company also known as Sloth Steady; NATHAN RUSSELL, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>ELECTRIC FOREST, LLC; a Delaware limited liability company; MADISON HOUSE PRESENTS LLC, a Delaware limited liability company; INSOMNIAC HOLDINGS LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 2:19-cv-01535-PA-GJSx<br><br>**DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Judge: Hon. Percy Anderson<br>Magistrate Judge: Hon. Gail J. Standish |

1
**[PROPOSED] DISMISSAL OF ACTION WITH PREJUDICE**

Pursuant to the parties' "Stipulation of Dismissal of Action With Prejudice," and good cause appearing therefore, IT IS HEREBY ORDERED that the above-referenced action be and is hereby dismissed in its entirety, with prejudice. Each party shall bear his or its own costs and attorneys' fees.

**IT IS SO ORDERED**.

Dated: September 10, 2019

_____
Hon. Percy Anderson
UNITED STATES DISTRICT JUDGE

McPherson LLP
1801 Century Park East, 24th Floor
Los Angeles, California 90067